**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____   Chapter   __7__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Carthage Enterprises, LLC | |
| 2. | All other names debtor used in the last 8 years | dba Houston Auto Select | |
| | Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8 5 – 0 8 0 5 2 9 5 | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3202 Jeanetta Street | PO Box 37341 |
| Number   Street | Number   Street |
| | P.O. Box |
| Houston   TX   77063 | Houston   TX   77273 |
| City   State   ZIP Code | City   State   ZIP Code |
| Harris | Location of principal assets, if different from principal place of business |
| County | |
| | Number   Street |
| | City   State   ZIP Code |

5. Debtor's website (URL)   _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  __Carthage Enterprises, LLC_____    Case number (if known) _____

**7.  Describe debtor's business**

A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

B.  *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__4__  __4__  __1__  __1__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑  Chapter 7
☐  Chapter 9
☐  Chapter 11.  *Check all that apply:*

    ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐  A plan is being filed with this petition.

    ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

Debtor  **Carthage Enterprises, LLC** _____     Case number (if known) _____

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☑ No

    ☐ Yes. District _____  When _____  Case number _____
                                              MM / DD / YYYY

    District _____  When _____  Case number _____
                                       MM / DD / YYYY

    District _____  When _____  Case number _____
                                       MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases.  If more than 1, attach a separate list.

    ☑ No

    ☐ Yes. Debtor _____  Relationship _____

    District _____  When _____
                                       MM / DD / YYYY

    Case number, if known  _____

    Debtor _____  Relationship _____

    District _____  When _____
                                       MM / DD / YYYY

    Case number, if known  _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Carthage Enterprises, LLC** _____   Case number (if known) _____

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**    *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**    _____
        Number    Street

        _____

        _____  _____  _____
        City        State    ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.  Insurance agency  _____
              Contact name    _____
              Phone             _____

---

## ▮ Statistical and adminstrative information

13. **Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

15. **Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

16. **Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor __Carthage Enterprises, LLC_____     Case number (if known) _____

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/29/2023__
MM / DD / YYYY

X __/s/ Moe Araissi_____
Signature of authorized representative of debtor

__Moe Araissi_____
Printed name

__Manager_____
Title

18. **Signature of attorney**

X __/s/ Richard Lee Fuqua II_____     Date __08/29/2023___
Signature of attorney for debtor                                     MM / DD / YYYY

__Richard Lee Fuqua II_____
Printed name

__Fuqua & Associates, P.C._____
Firm name

__8558 Katy Freeway_____
Number        Street

__Suite 119_____

__Houston_____     __TX__     __77024_____
City                                                               State       ZIP Code

__(713) 960-0277_____     __RLFuqua@FuquaLegal.com_____
Contact phone                                            Email address

__07552300_____     __TX_____
Bar number                                                State

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Moe Araissi, declare under penalty of perjury that I am the Manager of CARTHAGE ENTERPRISES, LLC, a Texas limited liability company, and that on August 21, 2023, the following resolution was duly adopted by the members of this Company:

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be it Therefore Resolved, that Moe Araissi, Manager of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Company;

Be it Further Resolved, that Moe Araissi, Manager of the Carthage Enterprises, LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be it Further Resolved, that Moe Araissi, Manager of the Carthage Enterprises, LLC, is authorized and directed to employ Richard L. Fuqua, attorney and the law firm of Fuqua & Associates, PC to represent the Company in such bankruptcy case."

Executed on:   August 21, 2023                    Signed:

                                        Carthage Enterprises, LLC

                              By:       _____
                              Name:     Moe Araissi
                              Title:    Manager

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
<tr><td>Debtor name</td><td><u>Carthage Enterprises, LLC</u></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 206A/B</u>

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.   Does the debtor have any cash or cash equivalents?

☑ No.  Go to Part 2.
☐ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.   Cash on hand
_____

3.   Checking, savings, money market, or financial brokerage accounts *(Identify all)*

Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.   Other cash equivalents        *(Identify all)*

Name of institution (bank or brokerage firm)

5.   Total of Part 1
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$0.00

### Part 2:   Deposits and prepayments

6.   Does the debtor have any deposits or prepayments?

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor    Carthage Enterprises, LLC _____    Case number (if known) _____
_____
Name

Current value of
debtor's interest

7.   Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

9.   Total of Part 2.
Add lines 7 through 8. Copy the total to line 81.                                    | $0.00 |

## Part 3:  Accounts receivable

10.  Does the debtor have any accounts receivable?

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

11.  Accounts receivable

| 11a. | 90 days old or less: | _____ | − | _____ | = ............. → | _____ |
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | _____ | − | _____ | = ............. → | _____ |
| | | face amount | | doubtful or uncollectible accounts | | |

12.  Total of Part 3
Current value on lines 11a + 11b = line 12. Copy the total to line 82.              | $0.00 |

## Part 4:  Investments

13.  Does the debtor own any investments?

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

Valuation method          Current value of
used for current value    debtor's interest

14.  Mutual funds or publicly traded stocks not included in Part 1

Name of fund or stock:

15.  Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture

Name of entity:                              % of ownership:

16.  Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1

Describe:

17.  Total of Part 4
Add lines 14 through 16.  Copy the total to line 83.                                | $0.00 |

## Part 5:  Inventory, excluding agriculture assets

18.  Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor   **Carthage Enterprises, LLC**                          Case number (if known) _____
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

23. Total of Part 5
    Add lines 19 through 22.  Copy the total to line 84.                                  $0.00

24. Is any of the property listed in Part 5 perishable?
    ☐ No
    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?
    ☑ No.  Go to Part 7.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. Total of Part 6.
    Add lines 28 through 32.  Copy the total to line 85.                                  $0.00

34. Is the debtor a member of an agricultural cooperative?
    ☐ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
            ☐ No
            ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. Is a depreciation schedule available for any of the property listed in Part 6?
    ☐ No
    ☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

Debtor     __Carthage Enterprises, LLC_____     Case number (if known) _____
           Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  Office furniture | | | |
| Miscellaneous office furniture including 6 desks, 10 chairs, 4 computers, 2 printers | $3,500.00 | | $3,500.00 |
| 40.  Office fixtures | | | |
| 41.  Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 42.  Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
     Add lines 39 through 42. Copy the total to line 86.

     | $3,500.00 |
     |---|

44.  Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46.  Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1.  Leased mobile home used as business office; Lessor: Willscott Houston | $0.00 | | $0.00 |
| 48.  Watercraft, trailers, motors, and related accessories Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  Aircraft and accessories | | | |
| 50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

     | $0.00 |
     |---|

52.  Is a depreciation schedule available for any of the property listed in Part 8?
☑ No
☐ Yes

Debtor  Carthage Enterprises, LLC_____  Case number (if known) _____
        Name

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

## Part 9:  Real property

54. Does the debtor own or lease any real property?

    ☐ No.  Go to Part 10.
    ☑ Yes.  Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 3202 Jeanetta Houston, TX 77063 3202 Jeanetta, Houston, TX 77063 | Leasehold interest | | | $0.00 |

56. Total of Part 9.
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.  | $0.00 |

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ☑ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. Does the debtor have any interests in intangibles or intellectual property?

    ☐ No.  Go to Part 11.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| Dealer license for used vehicle sales - expired | | | $0.00 |
| 63. Customer lists, mailing lists, or other compilations | | | |
| Customer lists | | | $0.00 |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |

66. Total of Part 10.
    Add lines 60 through 65.  Copy the total to line 89.  | $0.00 |

Debtor   <u>Carthage Enterprises, LLC</u>                     Case number (if known) _____
             Name

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☑ No
   ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
   ☑ No
   ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

## Part 11:  All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☑ Yes.  Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest
71. Notes receivable

   Description (include name of obligor)

72. Tax refunds and unused net operating losses (NOLs)

   Description (for example, federal, state, local)

73. Interests in insurance policies or annuities

74. Causes of action against third parties (whether or not a lawsuit has been filed)

   <u>Breach of contract counterclaim against Fadhil Alsultani and Texas Ride, LLC; Cause No. 2023-</u>
   <u>00566; 127th Judicial District Court of Harris County, Texas</u>                    _____ Unknown

   Nature of claim        <u>Breach of Contract</u>

   Amount requested       _____

75. Other contingent and unliquidated claims or causes of action of every nature,
   including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed  *Examples:* Season tickets, country club membership

78. Total of Part 11.
   Add lines 71 through 77.  Copy the total to line 90.                          | $0.00 |

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

Debtor     __Carthage Enterprises, LLC_____        Case number (if known) _____
           Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $3,500.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*.................................➔ | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column. | 91a. $3,500.00 + | 91b. $0.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92...........................................................     $3,500.00

**Fill in this information to identify the case:**

Debtor name   __Carthage Enterprises, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known)   _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  Do any creditors have claims secured by debtor's property?
    ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
    ☑ Yes.  Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2.  List in alphabetical order all creditors who have secured claims.  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.1**

| | | | |
|---|---|---|---|
| Creditor's name<br>Car Financial Services Inc | Describe debtor's property that is subject to a lien | $17,987.26 | $0.00 |

Creditor's mailing address
__8503 Broadway__

__Suite 112__

As described in UCC-1 Financing Statement

Describe the lien

__UCC-1 Financing Statement__

__San Antonio        TX    78217__

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number                    ___  ___  ___  ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$213,542.90

Debtor    **Carthage Enterprises, LLC** _____    Case number (if known) _____

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports<br>this claim |

**2.2**

Creditor's name
**Corporation Service Company**

Creditor's mailing address
**as Representative**

**PO Box 2576**

_____

**Springfield          IL      62708**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien                                    $1.00          $0.00

**As described in UCC-1 Financing Statement**

Describe the lien

**UCC-1 Financing Statement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**2.3**

Creditor's name
**Flex Plus LLC**

Creditor's mailing address
**2800 N. US Hwy 17 92**

_____

**Longwood          FL      32750**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien                                    $20,000.00          $0.00

**As described in UCC-1 Financing Statement**

Describe the lien

**UCC-1**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Carthage Enterprises, LLC | Case number (if known) | |
|---|---|---|---|

| **Part 1:** | **Additional Page** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.4** Creditor's name
Kinetic Advantage LLC

Creditor's mailing address
10333 N Meridian St

Suite 400

Carmel                IN      46920

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number                              ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien                                                    $30,000.00                    $0.00

As described in UCC-1 Financing Statement

Describe the lien
UCC-1

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.5** Creditor's name
NextGear Capital, Inc.

Creditor's mailing address
11799 North College Avenue

Suite 100

Carmel                IN      46032

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number                              ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien                                                    $90,000.00                    $0.00

As described in UCC-1 Financing Statement

Describe the lien
UCC-1

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor  **Carthage Enterprises, LLC** _____    Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|

**2.6**  Creditor's name
**Westlake Flooring Company LLC**

Creditor's mailing address
**4751 Wilshire Blvd**
_____

**Los Angeles         CA    90010**

Creditor's email address, if known
_____

Date debt was incurred  _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**As described in UCC-1 Financing Statement**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

|  | $1.00 | $0.00 |
|---|---|---|

**2.7**  Creditor's name
**Whitestone Woodlake Plaza LLC**

Creditor's mailing address
**2600 S. Gessner Rd**
**Suite 500**
_____

**Houston         TX    77063**

Creditor's email address, if known
_____

Date debt was incurred  _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**As described in UCC-1 Financing Statement**

Describe the lien
**UCC-1 Financing Statement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $3,000.00 | $0.00 |
|---|---|---|

Debtor   **Carthage Enterprises, LLC**                            Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral |
| | Do not deduct the | that supports |
| | value of collateral. | this claim |

**2.8**

| | |
|---|---|
| Creditor's name | Describe debtor's property that is subject to a lien |
| **XL Funding LLC** | |

$52,553.64          $0.00

Creditor's mailing address

**As described in UCC-1 Financing Statement**

**10333 N. Meridian**

Describe the lien

**Suite 200**

**UCC-1**

Is the creditor an insider or related party?

**Indianapolis       IN     46920**

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

Date debt was incurred          _____

☐ No

Last 4 digits of account number          ___ ___ ___ ___

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply.

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor   **Carthage Enterprises, LLC** _____   Case number (if known) _____

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Daniel C. Pappas, Esq. | Line  2.8 | ___ ___ ___ ___ |
| 4615 Southwest Freeway # 600 | | |
| Houston          TX     77027 | | |
| Michael G. Gibson, Esq. | Line  2.5 | ___ ___ ___ ___ |
| Tyler Marie Alford, Esq. | | |
| 11799 North Colleve Ave. | | |
| Carmel          IN     46032 | | |

Official Form 206D                   Part 2 of Schedule D: Creditors Who Have Claims Secured by Property                   page 6

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | <u>Carthage Enterprises, LLC</u> |
| United States Bankruptcy Court for the: | <u>SOUTHERN DISTRICT OF TEXAS</u> |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____
_____
_____
_____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**   11 U.S.C. § 507(a)(_____)

Total claim _____   Priority amount _____

Debtor    Carthage Enterprises, LLC _____    Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

Ann Harris Bennett _____

Harris County Tax Assessor-Collector _____

PO Box 4576 _____

Houston _____ TX ____ 77210-4576

Date or dates debt was incurred    2021-2022 _____

Last 4 digits of account number    1  1  8  2

Dealer Inventory located at 3202 Jeanetta St.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes - Dealer Inventory _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,958.62

**3.2**   Nonpriority creditor's name and mailing address

Ann Harris Bennett _____

Harris County Tax Assessor-Collector _____

PO Box 4576 _____

Houston _____ TX ____ 77210-4576

Date or dates debt was incurred    2020-2021 _____

Last 4 digits of account number    1  1  8  6

Business Personal Property - Cmp F&F Inv M&E Sup located at 3202 Jeannetta St.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes - Cmp F&F INV M#E SUP ____

Is the claim subject to offset?
☑ No
☐ Yes

$999.10

**3.3**   Nonpriority creditor's name and mailing address

Ann Harris Bennett _____

Harris County Tax Assessor-Collector _____

PO Box 4576 _____

Houston _____ TX ____ 77210-4576

Date or dates debt was incurred    2021-2022 _____

Last 4 digits of account number    7  4  5  4

Business Personal Property
CMP F&F M&E SUP Located at
3202 Jeannetta St.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes - CMP F&F M&E SUP _____

Is the claim subject to offset?
☑ No
☐ Yes

$465.32

Debtor   Carthage Enterprises, LLC _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.4 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
Check all that apply.

$5,480.99

Auto Trader

3003 Summit Blvd NE

Suite 200

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Atlanta                          GA     30319

Basis for the claim:
Goods & Services

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
Check all that apply.

$146,435.46

Automotive Credit Corp

PO Box 13928

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Tucson                          AZ     85732-3928

Basis for the claim:
Goods & Services

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
Check all that apply.

$50,000.00

Car Capital LLC

1301 Municipal Way

Suite 260

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Grapevine                          TX     76051

Basis for the claim:
Goods & Services

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
Check all that apply.

$17,987.26

Car Financial Services Inc.

Attn: Legal Dept

725 Primera Blvd, Suite 235

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Lake Mary                          FL     32746

Basis for the claim:
Goods & Services

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

- ☑ No
- ☐ Yes

---

Debtor   __Carthage Enterprises, LLC_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.8**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$7,376.81

__Cars.Com_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__71 West Main Street_____

__Suite 304_____

_____

Basis for the claim:
__Goods & Services_____

__Freehold_____ NJ____ 07728__

Is the claim subject to offset?

Date or dates debt was incurred   _____

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.9**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$70,000.00

__CIG Financial LLC_____

☐ Contingent
☐ Unliquidated
☑ Disputed

__6 Executive Circle_____

__Suite 100_____

Basis for the claim:
__Goods & Services_____

__Irvine_____ CA____ 92614__

Is the claim subject to offset?

Date or dates debt was incurred   _____

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.10**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$22,000.00

__E Auto Link_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__8408 Highway 6 South_____

_____

Basis for the claim:
__Goods & Services_____

__Houston_____ TX____ 77083__

Is the claim subject to offset?

Date or dates debt was incurred   _____

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.11**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$396,500.00

__Fadhil Alsultani_____

☐ Contingent
☐ Unliquidated
☑ Disputed

__Texas Ride LLC and Voss Limousine__

__8711 Highway 6 North_____

__Suite 230_____

Basis for the claim:
__Goods & Services_____

__Houston_____ TX____ 77095__

Is the claim subject to offset?

Date or dates debt was incurred   _____

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor    Carthage Enterprises, LLC _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.12** Nonpriority creditor's name and mailing address

Glennview Auto Loan Fund, LLC

10130 Perimeter Parkway

Suite 110

Charlotte                 NC    28216

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$30,000.00

---

**3.13** Nonpriority creditor's name and mailing address

Rhino Motors

9730 Richmond

Houston                   TX    77063

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$175,000.00

---

**3.14** Nonpriority creditor's name and mailing address

Solera Auto Finance LLC

7301 N. State Hwy 161

Suite 400

Irving                    TX    75039

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$25,000.00

---

**3.15** Nonpriority creditor's name and mailing address

Spartan Financial

1245 Hewlett Plaza # 478

Hewlett                   NY    11557

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$69,662.52

---

Debtor  __Carthage Enterprises, LLC_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                                    $58,500.00
*Check all that apply.*

Tony Yassine
☐ Contingent
9212 Rasmus Drive
☐ Unliquidated
☐ Disputed

Basis for the claim:

Houston                          TX      77063        Rent

Date or dates debt was incurred  _____   Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __        ☑ No
                                                     ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                                    $123,052.00
*Check all that apply.*

U.S. Small Business Admin.
☐ Contingent
ATTN: TOPS
☐ Unliquidated
2 North 20th Street
☐ Disputed
Suite 320

Basis for the claim:

Birmingham                       AL      35203        Loan

Date or dates debt was incurred  _____   Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __        ☑ No
                                                     ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                                    $120,000.00
*Check all that apply.*

Westlake Financial Services
☐ Contingent
PO Box 843082
☐ Unliquidated
☑ Disputed

Basis for the claim:

Los Angeles                      CA      90076-0809   Master Dealer Agreement

Date or dates debt was incurred  _____   Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __        ☑ No
                                                     ☐ Yes

Debtor   __Carthage Enterprises, LLC_____     Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
     are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   Daniel C. Pappas, Esq.
      4615 Southwest Freeway # 600

      Houston          TX     77027

Line   3.6

☐ Not listed.  Explain:

___ ___ ___ ___

4.2   James Nathan Overstreet, Esq.
      J. Nathan Overstreet & Assoc.
      8711 Hwy 6 North
      Suite 230
      Houston          TX     77095

Line   3.11

☐ Not listed.  Explain:

___ ___ ___ ___

4.3   Jason Gang, Esq.
      Law Office of Jason Gang
      1245 Hewlett Plaza # 478

      Hewlett          NJ     11557

Line   3.15

☐ Not listed.  Explain:

___ ___ ___ ___

4.4   Jonathan Neil & Associates, Inc.
      71 Wes Main Street
      Suite 304

      Freehold          NJ     07728

Line   3.8

☐ Not listed.  Explain:

___ ___ ___ ___

4.5   Linebarger Goggan Blair
      PO Box 3064

      Houston          TX     77253-3064

Line   3.3

☐ Not listed.  Explain:

___ ___ ___ ___

4.6   Lippman Recupero
      Collections Department
      PO Box 13928

      Tucson          AZ     85732-3928

Line   3.5

☐ Not listed.  Explain:

___ ___ ___ ___

Debtor   Carthage Enterprises, LLC _____   Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.7  Stephanie A. Newport, Esq.<br>CIG Financial LLC<br>6 Executive Circle<br>Suite 100<br>Irvine                    CA     92614 | Line ___3.9___<br><br>☐ Not listed.  Explain: | ___ ___ ___ ___ |
| 4.8  U.S. Small Business Association<br>PO Box 3918<br><br><br>Portland                OR     97208-3918 | Line ___3.17___<br><br>☐ Not listed.  Explain: | ___ ___ ___ ___ |
| 4.9  Yahya Basheer, Esq.<br>Basheer Law Firm, PC<br>830 Julie Rivers Drive<br>Suite 701<br>Sugar Land              TX     77478 | Line ___3.11___<br><br>☐ Not listed.  Explain: | ___ ___ ___ ___ |

Debtor   __Carthage Enterprises, LLC_____   Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.   Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| 5a.   Total claims from Part 1 | 5a. | $0.00 |
|---|---|---|
| 5b.   Total claims from Part 2 | 5b. + | $1,320,418.08 |
| 5c.   Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $1,320,418.08 |

**Fill in this information to identify the case:**

Debtor name __Carthage Enterprises, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number _____   Chapter __7__
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement - 3702 Jeannetta, Houston, Texas 77063<br>**Contract to be REJECTED** | Tony Yassine<br>9212 Rasmus Drive |
| | State the term remaining | 48 payment(s) | |
| | List the contract number of any government contract | | Houston                TX        77063 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease of mobile home used as office at 3702 Jeannetta, Houston, Texas 77063<br>**Contract to be REJECTED** | Willscot Houston<br>3715 Oates Road |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston                TX        77013 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Carthage Enterprises, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Ramsey Araissi | 3918 Alcorn Bend Drive<br>Number    Street<br><br>Sugar Land          TX    77479<br>City                State  ZIP Code | NextGear Capital, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Ramsey Araissi | 3918 Alcorn Bend Drive<br>Number    Street<br><br>Sugar Land          TX    77479<br>City                State  ZIP Code | CIG Financial LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | Ramsey Araissi | 3918 Alcorn Bend Dr<br>Number    Street<br><br>Sugar Land          TX    77479<br>City                State  ZIP Code | Spartan Financial | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | Ramsey Araissi | 3918 Alcorn Bend Drive<br>Number    Street<br><br>Sugar Land          TX    77479<br>City                State  ZIP Code | XL Funding LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor   Carthage Enterprises, LLC                                    Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |

| | | | Check all schedules that apply: |
|---|---|---|---|
| Name | Mailing address | Name | |
| 2.5  Ramsey Araissi | 3918 Alcorn Bend Drive<br>Number    Street | Westlake Financial Services | ☐ D<br>☑ E/F<br>☐ G |
| | Sugar Land           TX   77479<br>City                        State   ZIP Code | | |

---

**Fill in this information to identify the case:**

Debtor Name **Carthage Enterprises, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................ | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................. | $3,500.00 |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................................ | $3,500.00 |

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | $213,542.90 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F..................................................... | $0.00 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................. | + $1,320,418.08 |

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................ | $1,533,960.98 |

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td><u>Carthage Enterprises, LLC</u></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><u>SOUTHERN DISTRICT OF TEXAS</u></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>08/29/2023</u>          X <u>/s/ Moe Araissi</u>
          MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                        <u>Moe Araissi</u>
                                        Printed name
                                        <u>Manager</u>
                                        Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                          §
                                §
**Carthage Enterprises, LLC**    §          Case No. _____
                                §
                                §
          Debtor(s)             §          Chapter   7 _____

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts] --*
    I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑   *[Only include if petitioner is a corporation, partnership or limited liability company] --*
    I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: __8/29/2023__         __/s/ Moe Araissi_____
                            Moe Araissi
                            Manager
                            **Complete EIN:** __85-0805295_____

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: __8/29/2023_____              __/s/ Richard Lee Fuqua II_____
                                     Richard Lee Fuqua II, Attorney for Debtor

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Carthage Enterprises, LLC**

Case No.  _____

Chapter   <u>7</u>_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................Fixed Fee:  _____ **$7,838.00**

   Prior to the filing of this statement I have received....................................................... _____ **$3,400.00**

   Balance Due.................................................................................................................. _____ **$4,438.00**

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td>

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 08/29/2023 | /s/ Richard Lee Fuqua II | |
|---|---|---|
| Date | Richard Lee Fuqua II | Bar No.  07552300 |
| | Fuqua & Associates, P.C. | |
| | 8558 Katy Freeway | |
| | Suite 119 | |
| | Houston, Texas 77024 | |
| | Phone: (713) 960-0277 / Fax: (713) 960-1064 | |

</td></tr>
</table>

/s/ Moe Araissi

*Moe Araissi*
*Manager*